UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn on March 16, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFONSO FERNANDEZ MAGALLON,<br>also known as "Poncho," and<br>LUIS ENRIQUE BARRAGAN CHAVEZ,<br>also known as "Wicho" and "R5,"<br><br>Defendants. | CRIMINAL NO. _____<br><br>**UNDER SEAL**<br><br>21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1)(B)(ii), 960(b)(1)(H), and 963<br>(Conspiracy to Manufacture and Distribute Five Kilograms or More of Cocaine and 500 Grams or More of Methamphetamine for Importation into the United States)<br><br>18 U.S.C. § 924(c)<br>(Use, Carry, and Possession of a Firearm)<br><br>18 U.S.C. § 2<br>(Aiding and Abetting)<br><br>21 U.S.C. §§ 853 and 970 |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

Beginning in and around January 2011, and continuing up to and including the date of this Indictment, the exact dates being unknown to the Grand Jury, in the countries of Mexico, the United States, and elsewhere, the Defendant, **ALFONSO FERNANDEZ MAGALLON, also known as "Poncho,"** and **LUIS ENRIQUE BARRAGAN CHAVEZ, also known as "Wicho" and "R5,"** together with others, both known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate, and agree to distribute: (A) five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a

1

Schedule II controlled substance; and (B) five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substances would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3); all in violation of Title 21, United States Code, Section 963.

With respect to the Defendants, the controlled substances involved in the conspiracy attributable to each Defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him are: (A) five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii); and (B) five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 960(b)(1)(H).

(Conspiracy to Manufacture and Distribute Five Kilograms or More of Cocaine and 500 Grams or More of Methamphetamine for Unlawful Importation into the United States, in violation of Title 21, United States Code, Sections 959(a), 960(a)(3), 960(b)(1)(B)(ii), 960(b)(1)(H), and 963.)

## COUNT TWO

Beginning in at least January 2020, and continuing up to and including the date of this Indictment, the exact dates being unknown to the Grand Jury, in the countries of Mexico, the United States, and elsewhere, the Defendants, **ALFONSO FERNANDEZ MAGALLON, also known as "Poncho,"** and **LUIS ENRIQUE BARRAGAN CHAVEZ, also known as "Wicho" and "R5,"** did knowingly and intentionally use, carry, brandish, and discharge a firearm, during and in relation to one or more drug trafficking crimes, to wit: the offense charged in Count One of this Indictment, and did knowingly and intentionally possess a firearm in furtherance of such drug trafficking crime,

one or more of which firearms was brandished, one or more of which firearms was discharged, one or more of which firearms was a semi-automatic assault weapon, one or more of which firearms was a machine gun, and one or more of which firearms was a destructive device, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(c)(1)(B)(i), 924(c)(1)(B)(ii), and 2.

(Use, Carry, and Possession of a Firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(c)(1)(B)(i), and 924(c)(1)(B)(ii); and Aiding and Abetting, in violation of Title 18, United States Code, Section 2)

## CRIMINAL FORFEITURE ALLEGATION

The United States hereby gives notice to the Defendants that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the Defendants obtained directly or indirectly as the result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit, and to facilitate, the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendants up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.)

A TRUE BILL:

_____
Foreperson

MARLON COBAR
Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division

By: _____
KIRK HANDRICH
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530